UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:11-cr-00371-FDW-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| vs. ) | |
| JOHN STACKS, ) | ORDER |
| Defendant. ) | |

THIS MATTER is before the Court on Defendant's pro se Motion for Compassionate Release (Doc. No. 63).

The Court hereby ORDERS the Government to respond to Defendant's motion. The Government shall have **thirty (30) days** from the date of this Order to file its response with the Court. The Government shall advise the United States Probation Office if the Government believes a supplemental Presentence Investigation Report will be required.

IT IS SO ORDERED.

Signed: September 22, 2020

Frank D. Whitney
United States District Judge

1